FILED

02/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0719

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0719
DA 23-0746
DA 24-0015

_____

IN THE MATTER OF THE ESTATE OF:

WARREN DAN EDDLEMAN,                                    O R D E R

Deceased.

_____

Before the Court are three separately filed appeals from this estate matter. The parties have moved this Court to reconfigure the appeals to remove appellants from some of the case numbers and add them to others. In accordance with their request,

IT IS THEREFORE ORDERED that DA 23-0746 and DA 24-0015 are CONSOLIDATED under DA 23-0746.

IT IS FURTHER ORDERED that Appellants Jobey Eddelman and Ron Williamson, as Trustees of the Madelyn Lue Eddleman Trust are DISMISSED WITHOUT PREJUDICE from DA 23-0719.

IT IS FURTHER ORDERED that Jobey Eddleman and Ron Williamson, individual Appellants in DA 23-0746, have LEAVE OF COURT to file an amended Notice of Appeal in that Case Number, within five days of the date of this Order, that reflects their appearances both as individual Appellants and as Trustees of the Madelyn Lue Eddleman Trust.

The Clerk is directed to give notice of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 26 2024